**Order filed, January 26, 2021.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-20-00313-CR
_____

### SAYANTAN GHOSE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Cause No. 17-CR-2032**

---

## ORDER

Pursuant to our order of November 5, 2020, the trial court conducted a hearing November 30, 2020, on appellant's request to appoint new appellate counsel. On December 4, 2020, a supplemental clerk's record was filed. The reporter's record of the hearing was due December 7, 2020. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Connie Chan, the official court reporter, to file the record of the hearing held November 30, 2020, **within 10 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Chief Justice Christopher and Justices Jewell and Poissant.